**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Michael Paul Buckmon, Appellant.

Appellate Case No. 2016-002257

───────────────

Appeal From Barnwell County
Doyet A. Early, III, Circuit Court Judge

───────────────

Unpublished Opinion No. 2019-UP-072
Submitted January 1, 2019 – Filed February 13, 2019

───────────────

**APPEAL DISMISSED**

───────────────

Appellate Defender Susan Barber Hackett, of Columbia, and Michael Paul Buckmon, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Deputy Attorney General Donald J. Zelenka, both of Columbia, for Respondent.

───────────────

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and THOMAS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.